FILED
2020 Mar-06 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY MINARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:18-cv-01222-AKK |
| | ) |
| **SAM'S EAST, INC. d/b/a** | ) |
| **SAM'S CLUB,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT SAM'S EAST, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Sam's East, Inc. ("Sam's") moves for summary judgment as to each of the Plaintiff's claims on the grounds that there are no genuine issues of material fact, and Sam's is entitled to judgment as a matter of law. In support of this motion, Sam's relies on the following:

1. The pleadings in this case;

2. A brief in support of this motion, filed contemporaneously herewith;

3. Deposition testimony of Plaintiff Gregory Minard, including exhibits thereto;

4. Deposition testimony of Alejandro Figueroa-Munoz, including exhibits thereto;

5. Deposition testimony of Athena Rushforth, including exhibits thereto;

    6.    Deposition testimony of Ben Newton, including exhibits thereto;

    7.    Deposition testimony of Daren Goodroe, including exhibits thereto;

    8.    Deposition testimony of Deltrinae Hodges, including exhibits thereto;

    9.    Deposition testimony of Marshall Bacote, including exhibits thereto;

and

    10.    Deposition testimony of Reeca Dildy, including exhibits thereto.

As the foregoing matters affirmatively and without dispute demonstrate, Sam's is entitled to summary judgment as a matter of law.

Respectfully submitted this 6th day of March, 2020.

                                  /s/ Jonathan S. Harbuck
                                Jonathan S. Harbuck (ASB-0906-U70J)

                                /s/ Lynlee Wells Palmer
                                Lynlee Wells Palmer (ASB-4367-T82P)

                                /s/ Brandon A. Jackson
                                Brandon A. Jackson (ASB-7622-U15X)

                                Attorneys for Defendant,
                                Sam's East, Inc.

**OF COUNSEL:**

**HARBUCK KEITH & HOLMES LLC**
Grandview II, Suite 400
3595 Grandview Parkway
Birmingham, Alabama 35243
Telephone: (205) 547-5540
Facsimile: (205) 547-5621
E-Mail:    jharbuck@hkh.law
               lpalmer@hkh.law

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notice to the following counsel of record:

Alicia K. Haynes, Esq.
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35223
205-879-0377
Email: akhaynes@haynes-haynes.com

                                        /s/ Lynlee Wells Palmer
                                        OF COUNSEL